1  Sean Short (Ark. Bar No. 2015079)
   Sanford Law Firm, PLLC
2  Kirkpatrick Plaza
   10800 Financial Centre Pkwy, Suite 510
3  Little Rock, Arkansas 72211
   (501) 221-0088
4  sean@sanfordlawfirm.com

5  Attorney for Plaintiff

6               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
7                         PHOENIX DIVISION

8
   | Jack Daniel, Individually and on Behalf | NO. 2:21-cv-2187-PHX-MTL |
9  | of All Others Similarly Situated |  |
   |  |  |
10 | Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT** |
11 | v. |  |
12 | Pacific NW, LLC, |  |
13 | Defendant. |  |

14
       Plaintiff Jack Daniel, individually and on behalf of all others similarly situated
15
   ("Plaintiff"), and Defendant Pacific NW, LLC, ("Defendant"), by and through their
16
   undersigned counsel, submit the following Motion for Extension of Time to File
17
   Motion for Approval of Settlement:
18
       1.     On August 8, 2023, the Parties participated in a Zoom settlement
19
   conference before United States Magistrate Judge John Z. Boyle, during which the
20
   Parties were successful in their efforts to reach a settlement in principle of the case.

2.      Magistrate Judge Boyle entered a minute entry setting the deadline for filing of a motion and order to approve the settlement as August 29. *See* ECF No. 60.

3.      The Parties have drafted a settlement agreement document. However, the Parties require additional time in order to edit the document to the satisfaction of all Parties.

4.      Accordingly, the Parties request that the Court allow them an additional twenty-one (21) days from the filing of this Motion for Extension to edit and fully execute their agreement and to file a Joint Motion for Approval of Settlement.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of a Joint Motion for Approval for twenty-one (21) days, to September 19, 2023.

DATED this 29th day of August, 2023.

| SANFORD LAW FIRM, PLLC | MAYNARD CRONIN ERICKSON & CURRAN, P.L.C. |
|---|---|
| By: *s/ Sean Short*<br>Sean Short<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>(501) 221-0088 | By: *s/ Michael D. Curran*<br>Michael D. Curran<br>3200 North Central Avenue<br>Suite 1800<br>Phoenix, Arizona 85012<br>(602) 279-8500 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I, Sean Short, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on August 29, 2023, to the attorneys of record in this matter.

*/s/ Sean Short*
**Sean Short**