IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Daniel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pacific NW LLC,<br><br>　　　　Defendant. | No. CV-21-02187-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** granting the parties' Joint Motion for Extension of Time to File Motion for Approval of Settlement (Doc. 61).

**IT IS FURTHER ORDERED** that the parties shall file their Motion for Approval of Settlement no later than September 19, 2023.

**IT IS FURTHER ORDERED** that the final pre-trial conference and trial dates are vacated.

Dated this 30th day of August, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge