IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Daniel, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Pacific NW, LLC,<br><br>　　　　　　　　　Defendant. | No. 2:21-cv-02187-MTL<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL OF THE COMPLAINT WITH PREJUDICE** |

　　　　Having considered Plaintiffs' and Defendant's Joint Motion for Approval of Settlement Agreement and for Dismissal of the Complaint with Prejudice (Dkt. No. 63), this Court hereby **GRANTS** the Motion and finds as follows:

　　　　1.　　The Settlement Agreement of the Parties is fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and thus, the Settlement Agreement is **APPROVED**.

　　　　2.　　This matter is **DISMISSED** with prejudice. The Court retains jurisdiction over the matter for thirty (30) days to enforce the terms of the agreement.

DATED this ___ day of _____ 2023.

_____
**HON. MICHAEL T. LIBURDI**
**UNITED STATES DISTRICT JUDGE**