IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Daniel,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Pacific NW LLC,<br><br>　　　　　Defendant. | No. CV-21-02187-PHX-MTL<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT** |

Before the Court is the parties' Joint Motion for Approval of Settlement (Doc. 63). This case involves claims under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. brought by Plaintiffs Jack Daniel, James Morgan, Miguel Garcia, Jacinto Mata, Dawson James, and James Dionne (collectively, "Plaintiffs") against Defendant Pacific NW, LLC. The Parties have reached an agreement to resolve all claims Plaintiffs might have in this case and seek the Court's approval of the settlement.

Following an examination of the pleadings and terms of the Settlement Agreement, the Court finds that a bona fide dispute of both law and fact is involved with respect to Plaintiffs' wage claims, including, but not limited to, the number of hours worked by Plaintiffs. Having reviewed the terms of the Settlement Agreement agreed upon by the Parties, the Court finds that the settlement terms proposed by the Parties are fair and equitable to all involved and that their agreement is a fair and reasonable compromise of this bona fide dispute with respect to Plaintiffs' claims.

The Court finds that the Parties conducted an in-depth analysis of the potential

compensation allegedly owed to Plaintiffs, finds the release is narrowly and appropriately tailored, and finds the settlement seeks to provide reasonable value for Plaintiffs' alleged unpaid wages given the dispute over the number of hours worked and the risks of continued litigation.

Accordingly,

**IT IS ORDERED** granting the parties' Joint Motion for Approval of Settlement (Doc. 63).

**IT IS FURTHER ORDERED** vacating the final pretrial conference set for October 16, 2023.

**IT IS FURTHER ORDERED** vacating the trial set for October 17, 2023.

**IT IS FURTHER ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs, except as provided in the Settlement Agreement, and close the case.

Dated this 22nd day of September, 2023.

Michael T. Liburdi
United States District Judge